Amended to

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2004 | | |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) COFFIN, FRANK M | 2. Court or Organization FIRST CIRCUIT | 3. Date of Report: 4/25/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. SENIOR CIRCUIT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 156 FEDERAL STREET PORTLAND, ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | BATES COLLEGE |
| 2. | DIRECTOR | THE GOVERNANCE INSTITUTE |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✓ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY -6 A 11: 10 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

— NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | W. W. NORTON & COMPANY, INC. royalties | $275.67 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

— NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Governance Institute | June 27-30 -- Washington, DC, Meeting of the Governance Institute (Transportation, Meals, and Room) |
| 2. | | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Allmerica Financial Corp. | | None | K | T | | | | | |
| 2. Amer. Intl. Group Inc. | A | Dividend | J | T | partial sale | 4/02 | J | C | |
| 3. Bank of America Corp. (name was FleetBoston Financial Corp.) | A | Dividend | K | T | partial sale | 04/02 | J | A | |
| 4. H. J. Heinz | A | Dividend | J | T | | | | | |
| 5. MERCK | A | Dividend | J | T | | | | | |
| 6. USB RMA MONEY MRT PORTFOLIO | A | Interest | K | T | | | | | |
| 7. Maine State 4.875%  (10,000 due 6/15/04) | A | Interest | | | Redeem | 06/15 | J | | |
| 8. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 9. Maine St. Hsg. 4.350%  (20,000 due 11/15/04) | A | Interest | | | Redeem | 06/04 | K | | |
| 10. Maine Hlth & Hgr Ed. 4.1% (10,000 due 7/1/06) | A | Interest | J | T | | | | | |
| 11. Maine St. Highway 4.375% (10,000 due 6/15/08) | A | Interest | J | T | | | | | |
| 12. ME Mun. Bd. 4.350%  (10,000 due 11/1/07) | A | Interest | J | T | | | | | |
| 13. Maine Hlth & Ed. 4.550% (10,000 due 7/1/07) | A | Interest | J | T | | | | | |
| 14. Intel Corp | A | Dividend | J | T | | | | | |
| 15. International Business Machines | A | Dividend | J | T | | | | | |
| 16. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 17. ME Hlth & Hgh Ed 4.75% (10,000 due 7/1/05) | A | Interest | J | T | | | | | |
| 18. Janus Worldwide Fund (IRA's) | A | Distribution | J | T | | | | | |

1. Income/Gain Codes:  A = ... B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = ...  G = $100,001-$1,000,000  H1 = ...$1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = ...  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = ...  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
L = ...  P3 = ...$25,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = ...  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = ...  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 19. General Electric | A | Dividend | J | T | | | | | |
| 20. Cisco Systems, Inc | | None | J | T | | | | | |
| 21. CVS Corp. | A | Dividend | J | T | | | | | |
| 22. Johnson & Johnson | A | Dividend | | | Sell | 04/07 | J | | |
| 23. McGraw Hill Inc. | A | Dividend | J | T | | | | | |
| 24. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 25. Oshkosh Truck B | A | Dividend | K | T | Partial Sale | 04/02 | J | D | |
| 26. Tiffany & Co. | A | Dividend | J | T | | | | | |
| 27. Affiliated Computer Serve CLA | | None | J | T | | | | | |
| 28. Automatic Data Processing | A | Dividend | J | T | Buy Add. | 12/08 | J | | |
| 29. Cintas Corp | A | Dividend | J | T | | | | | |
| 30. Home Depot Inc | A | Dividend | J | T | | | | | |
| 31. Totalfina Elf SA ADR | A | Dividend | J | T | | | | | |
| 32. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 33. Cardinal Health Inc. | A | Dividend | | | Sell | 12/13 | J | | |
| 34. ME HLTH & HIGH ED 2.5%/due 7/1/08 | A | Dividend | K | T | | | | | |
| 35. Omnicom Group, Inc. | A | Dividend | J | T | | | | | |
| 36. UBS Bank Deposit Program | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | It not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 38. ITT Industries, Inc. | A | Dividend | J | T | Buy | 04/02 | J | | |
| 39. Medtronic Inc. | A | Dividend | J | T | Buy | 04/02 | J | | |
| 40. Praxair, Inc. | A | Dividend | J | T | Buy | 04/02 | J | | |
| 41. Stryker Corp | A | Dividend | J | T | Buy | 12/08 | J | | |
| 42. Genzyme | | None | J | T | Buy | 4/7 | J | | |
| 43. Lucent Technologies WTS | | None | J | T | Settlement | 12/10 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    Date 4-26-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>COFFIN, FRANK M | 2. Court or Organization<br><br>FIRST CIRCUIT | 3. Date of Report<br><br>3/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. SENIOR CIRCUIT JUDGE | 5. Report Type (check appropriate type)<br><br>● Nomination,  Date<br><br>● Initial   ⊙ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>156 FEDERAL STREET<br><br>PORTLAND, ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | BATES COLLEGE |
| 2. DIRECTOR | THE GOVERNANCE INSTITUTE |

## II. AGREEMENTS. (Reporting individual only; see p. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2/27/04 | W. W. NORTON & COMPANY, INC. royalties | $139.73 |
| 2. | 7/9/04 | W.W. NORTON & COMPANY, INC. royalties | $135.94 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Governance Institute | June 27-30 — Washington, DC, Meeting of the Governance Institute (Transportation, Meals, and Room) |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 3/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Allmerica Financial Corp. | | None | K | T | | | | | |
| 2. Amer. Intl. Group Inc. | A | Dividend | J | T | partial sale | 4/02 | J | C | |
| 3. Bank of America Corp. (name was FleetBoston Financial Corp.) | A | Dividend | K | T | partial sale | 04/02 | J | A | |
| 4. H. J. Heinz | A | Dividend | J | T | | | | | |
| 5. MERCK | A | Dividend | J | T | | | | | |
| 6. USB RMA MONEY MRT PORTFOLIO | A | Interest | K | T | | | | | |
| 7. Maine State 4.875% ▇ due 6/15/04) | A | Interest | | | Redeem | 06/15 | J | | |
| 8. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 9. Maine St. Hsg. 4.350% ▇ due 11/15/04) | A | Interest | K | T | Redeem | 06/04 | K | | |
| 10. Maine Hlth & Hgr d. 4.1% ▇ ue 7/1/06) | A | Interest | J | T | | | | | |
| 11. Maine St. Highway 4.375% ▇ due 6/15/08) | A | Interest | J | T | | | | | |
| 12. ME Mun. Bd. 4.350% ▇ due 11/1/07 | A | Interest | J | T | | | | | |
| 13. Maine Hlth & Ed. 4.550% ▇ d e 7/1/07) | A | Interest | J | T | | | | | |
| 14. Intel Corp | A | Dividend | J | T | | | | | |
| 15. International Business Machines | A | Dividend | J | T | | | | | |
| 16. Templeton Foreign Fund | A | Dividend | K | T | Reinvest Div | 10/26 | J | | |
| 17. | | | | | Reinvest Div | 12/14 | J | | |
| 18. ME Hlth & Hgh Ed 4.75% ▇ due 7/1/05) | A | Interest | J | T | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                    J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                                          P3 = $25,000,001-$50,000,000                                P4 = More than $50,000,000
3. Value Method Codes          Q = Appraisal        R = Cost (Real Estate Only)     S = Assessment        T = Cash/Market
(See Column C2)                   U = Book Value      V = Other                             W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 3/25/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Janus Worldwide Fund (IRAs) | A | Distribution | J | T | | | | | |
| 20. General Electric | A | Dividend | J | T | | | | | |
| 21. Cisco Systems, Inc | | None | J | T | | | | | |
| 22. CVS Corp. | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson | A | Dividend | | | Sell | 04/07 | J | | |
| 24. McGraw Hill Inc. | A | Dividend | J | T | | | | | |
| 25. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 26. Oshkosh Truck B | A | Dividend | K | T | Partial Sale | 04/02 | J | D | |
| 27. Tiffany & Co. | A | Dividend | J | T | | | | | |
| 28. Affiliated Computer Serve CLA | | None | J | T | | | | | |
| 29. Automatic Data Processing | A | Dividend | J | T | Buy Add. | 12/08 | J | | |
| 30. Cintas Corp | A | Dividend | J | T | | | | | |
| 31. Home Depot Inc | A | Dividend | J | T | | | | | |
| 32. Totalfina Elf SA ADR | A | Dividend | J | T | | | | | |
| 33. Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 34. Cardinal Health Inc. | A | Dividend | | | Sell | 12/13 | J | | |
| 35. ME HLTH & HIGH ED 2.5%/due 7/1/08 | A | Dividend | K | T | | | | | |
| 36. Omnicom Group, Inc. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,301-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COFFIN, FRANK M | 3/25/2005 |

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. UBS Bank Deposit Program | A | Interest | K | T | | | | | |
| 38. Medco Health Solutions, Inc. | | None | J | T | | | | | |
| 39. ITT Industries, Inc. | A | Dividend | J | T | Buy | 04/02 | | | |
| 40. Medtronic Inc. | A | Dividend | J | T | Buy | 04/02 | J | | |
| 41. Praxair, Inc. | A | Dividend | J | T | Buy | 04/02 | J | | |
| 42. _____ Corp | A | Dividend | J | T | Buy | 12/08 | J | | |
| 43. Genzyme | | | J | T | Buy | 4/7 | J | | |
| 44. Lucent Technologies WTS | | | J | T | Settlement | 12/10 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| COFFIN, FRANK M | 3/25/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                    Date 3 – 15 – 05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544